IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01337-REB-CBS

JARARE, LLC,

    Plaintiff,

v.

KEVIN DARLING,
FIRST COASTAL FINANCIAL CORPORATION,
KEVIN GRAY,
GFS INVESTMENTS, and
UNITED HOME LENDING, LLC,

    Defendants.

## ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte*. On April 9, 2010, I entered an **Order To Show Cause** [#28], directing plaintiff to show cause on or before April 19, 2010, why its claims against putative defendants, Kevin Gray and GFS Investments, should not be dismissed for failure to effectuate timely service of process and failure to prosecute. Plaintiff failed to respond to that order.

**THEREFORE, IT IS ORDERED** as follows:

1. That my **Order To Show Cause** [#28] entered April 9, 2010, is **MADE ABSOLUTE**;

2. That plaintiff's claims against defendants, Kevin Gray and GFS Investments, are **DISMISSED WITHOUT PREJUDICE** for failure to effectuate timely service of process and for failure to prosecute; and

3.  That defendants, Kevin Gray and GFS Investments, are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

Dated May 10, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge