IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01337-REB-CBS

JARARE, LLC,

    Plaintiff,

v.

KEVIN DARLING,
FIRST COASTAL FINANCIAL CORPORATION, and
UNITED HOME LENDING, LLC,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#34] filed August 17, 2010. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#34] filed August 17, 2010, is **APPROVED AND ADOPTED** as an order of this court; and

    2. That this action is **DISMISSED WITHOUT PREJUDICE** for the failure of plaintiff to prosecute; failure to comply with the orders of the court, The Local Rules of

Practice of the United States District Court for the District of Colorado-Civil, and the Federal Rules of Civil Procedure; and failure to respond to the **Order To Show Cause** [#32], filed July 20, 2010.

Dated October 8, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge